985 A.2d 50

**ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND, Petitioner,**

v.

**Constandin ALIVIZATOS, Respondent.**

**Misc. Docket AG No. 56, Sept. Term, 2009.**

Court of Appeals of Maryland.

Dec. 16, 2009.

## *ORDER*

Upon consideration of the Joint Petition for Indefinite Sus-
pension filed herein, pursuant to Maryland Rule 16–772, it is
this 16th day of December, 2009,

ORDERED, by the Court of Appeals of Maryland, that the
Respondent, Constandin Alivizatos, be, and he is hereby,
indefinitely suspended by consent from the practice of law in
the State of Maryland effective immediately, and it is further,

ORDERED, that the Clerk of this Court shall strike the
name of Constandin Alivizatos from the register of attorneys,
and pursuant to Maryland Rule 16–772(d) shall notify that fact
to the Trustees of the Client Protection Fund of the Bar of
Maryland and the Clerks of all judicial tribunals in this State.